IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY OF LINCOLN, a political subdivision et al.;<br><br>　　　　　　Defendants. | 4:16CV3029<br><br>**AMENDED FINAL PROGRESSION ORDER** |

　　　This matter is before the court on the parties' Joint Motion to Extend Deadlines (Filing No. 33).

　　　IT IS ORDERED, the motion to extend (Filing No. 33) is granted and the Final Progression Order is amended as follows:

1)　　The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 19, 2018, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 6, 2018 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 2, 2018.

3)　　A status conference to discuss the status of case progression and potential settlement will be held with the undersigned magistrate judge on September

19, 2017 at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure shall be September 30, 2017. Motions to compel Rule 33 through 36 discovery must be filed by October 14, 2017. Note: Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference discussing the parties' dispute.

5) The deposition deadline is September 30, 2017.

6) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s):      June 30, 2017.

    For plaintiff's rebuttal:      August 15, 2017.

7) Motion to exclude expert testimony on *Daubert* and related grounds is November 1, 2017.

8) The deadline for filing Motions for Summary Judgment or other dispositive motions is November 1, 2017.

Dated this 24th day of February, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge