# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY M. HURD, | ) | Case No. 4:16-cv-03029 |
|           Plaintiff, | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| THE CITY OF LINCOLN, a political subdivision, TOM CASADY, JOHN HUFF, PAT BORER, ROGER BONIN, JEANNE PASHALEK, and LEO BENES, in their individual and official capacities, | ) | |
|           Defendants. | ) | |

COMES NOW Abigail F. Littrell, Assistant City Attorney, and hereby enters her appearance in the above-captioned matter on behalf of Defendants City of Lincoln, Tom Casady, John Huff, Pat Borer, Roger Bonin, Jeanne Pashalek and Leo Benes.

DATED: May 23, 2017.

    CITY OF LINCOLN, TOM CASADY, JOHN HUFF, PATRICK BORER, ROGER BONIN, JEANNE PASHALEK and LEO BENES, Defendants

    JEFFERY R. KIRKPATRICK, City Attorney
    JOCELYN W. GOLDEN, Assistant City Attorney
    ABIGAIL F. LITTRELL, Assistant City Attorney

By: */s/Abigail F. Littrell*
    Abigail F. Littrell, #24423
    555 South 10th Street, Suite 300
    Lincoln, NE 68508
    (402) 441-7263
    alittrell@lincoln.ne.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The foregoing document was sent electronically to: Kelly K. Brandon, kelly@employmentlawnebraska.com

By: */s/Abigail F. Littrell*
    Abigail F. Littrell, #24423