IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD, Plaintiff, vs. THE CITY OF LINCOLN, a political subdivision; et. al; Defendants. | 4:16CV3029 ORDER |

After conferring with counsel,

IT IS ORDERED that the parties' joint motion to extend the deadlines. (Filing No. 47), is granted and the progression schedule is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 4, 2018, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on May 22, 2018 at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 21, 2018.

3) A status conference to discuss the status of case progression and potential settlement will be held with the undersigned magistrate judge on November 21, 2017 at **9:00 a.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendants:    November 1, 2017.

    Plaintiff's rebuttal:    January 8, 2018.

5) The deposition deadlines:

    a) The parties' initial deposition efforts shall be directed at fact witnesses whose testimony is necessary for informed settlement discussions. As to those witnesses, depositions shall be completed by November 15, 2017.

    b) The deposition of all facts witnesses shall be completed by December 15, 2017.

    c) The deposition of all expert witnesses on the issue of liability shall be completed by January 16, 2018.

    d) The deposition of all expert witness on the issue of damages shall be completed by April 6, 2018.

6) The deadline for filing motions to dismiss and motions for summary judgment is February 16, 2018.[1]

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 1, 2018.

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

**8)** **No additional continuances will be granted absent a <u>substantial</u> showing of good cause.**

August 18, 2017.

> BY THE COURT:
>
> <u>s/ Cheryl R. Zwart</u>
> United States Magistrate Judge