IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LINCOLN, a political subdivision; TOM CASADY, in their individual and official capacities; JOHN HUFF, in their individual and official capacities; PAT BORER, in their individual and official capacities; ROGER BONIN, in their individual and official capacities; JEANNE PASHALEK, in their individual and official capacities; and LEO BENES, in their individual and official capacities;<br><br>Defendants. | 4:16CV3029<br><br>**ORDER** |

On January 19, 2018, the court held a telephonic conference with counsel for all parties to address ongoing discovery disputes and any necessary amendment to progression. Accordingly,

IT IS ORDERED:

1) The deadline to file additional discovery motions is January 29, 2018. If Plaintiff moves for permission to depose Lincoln Mayor Chris Beutler, Plaintiff's request must be based on evidence which was unavailable when his previous motion on this issue was filed.

2) The response to any discovery motion filed in compliance with this order shall be filed on or before February 5, 2018. No reply shall be permitted absent leave of the court for good cause shown.

3) The deadline for deposing all fact witnesses and for completing all written discovery is extended to February 16, 2018.

4) The deadline for filing motions for summary judgment is extended to March 2, 2018.

Dated this 19th day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge