```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| TROY M. HURD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CV3029 |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF LINCOLN, a political subdivision, TOM CASADY, in their individual and official capacities, JOHN HUFF, in their individual and official capacities, PAT BORER, in their individual and official capacities, ROGER BONIN, in their individual and official capacities, JEANNE PASHALEK, in their individual and official capacities, and LEO BENES, in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

It has come to the court's attention that there is confusion about the filing of redacted documents relating to Defendants' Motion for Summary Judgment (Filing No. 107). On March 29 and 30, 2018, the court granted Defendants' unopposed Motions to Temporarily Restrict Filing Nos. 114,[1] 115, 108-16, and 108-19 for the reason that these documents contained personal data identifiers referenced in NECivR 5.3(a) and some of the documents were protected by the parties' Stipulated Protective Order (Filing No. 25). (Filing Nos. 120, 121, 122, 124.) The court's orders

---

[1]Plaintiff's counsel has clarified that the documents to be redacted in Filing Nos. 114 and 115 are 114-1, 114-2, 114-8, 114-10, 115-1, 115-2, 115-3, 115-5, 115-8, 115-15, and 115-16.

provided—as agreed by both parties—that these documents shall be restricted until redacted documents are filed.

As of this date, the redacted documents have not been filed, and the above-referenced documents are still restricted. In the interest of public access to court documents, I shall order counsel to file the redacted documents on or before May 11, 2018.

IT IS ORDERED:

1. On or before May 11, 2018, counsel shall re-file Filing Nos. 114-1, 114-2, 114-8, 114-10, 115-1, 115-2, 115-3, 115-5, 115-8, 115-15, 115-16, 108-16, and 108-19 with personal data identifiers listed in NECivR 5.3(a), Fed. R. Civ. P. 5.2(a), and material protected by the parties' Stipulated Protective Order (Filing No. 25) redacted;

2. The re-filed and redacted documents referenced in paragraph (1) of this order shall not be restricted. However, these same documents, as originally filed, shall remain restricted. The documents contained in Filing No. 114 and Filing No. 115 that are *not* listed in paragraph (1) of this order shall no longer be restricted.

DATED this 1st day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge