# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF LINCOLN, et al,<br><br>　　　　　Defendants. | 4:16CV3029<br><br>ORDER |

A pretrial conference is scheduled in this case for May 22, 2018 and the jury trial is scheduled for June 4, 2018. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

Dated this 1st day of May, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge