# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY M. HURD, | ) | Case No. 4:16-cv-03029 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT CITY OF LINCOLN'S** |
| | ) | **MOTION TO EXCLUDE** |
| THE CITY OF LINCOLN, a political | ) | **PLAINTIFF'S PROPOSED EXPERT** |
| subdivision, TOM CASADY, JOHN HUFF, | ) | **TESTIMONY/OPINIONS BY** |
| PAT BORER, ROGER BONIN, JEANNE | ) | **AMY OPPENHEIMER** |
| PASHALEK, and LEO BENES, in their | ) | |
| individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant City of Lincoln ("Defendant"), pursuant to *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579, 113 S. Ct. 2786 (1993) and its progeny, Fed. R. Evid. 702, and NECivR 7.1, moves the Court for an Order excluding all testimony of Amy Oppenheimer and any other evidence of and/or reference to Oppenheimer's opinions. (Doc. #115-1); (Doc. #115-2); (Doc. #115-3). In support of this motion, Defendant submits that Oppenheimer's opinions are irrelevant and inadmissible, because Oppenheimer is not qualified to render opinions regarding the City of Lincoln's internal EEO investigative practices and procedure, her opinion lacks a sufficient factual basis, her opinions are not the product of reliable principals and methods, and her opinions are irrelevant to the claims actually pled by Plaintiff (Doc. #18) and the affirmative defenses asserted by Defendant (Doc. #21). Defendant offers to the Court a brief filed contemporaneously herewith in support of this motion.

WHEREFORE, Defendant City of Lincoln requests an Order prohibiting Oppenheimer from testifying at trial and prohibiting Plaintiff, his counsel, and any other witnesses from mentioning, making reference to, eliciting testimony regarding, or offering evidence of Oppenheimer's opinions.

DATED: September 7, 2018.

                CITY OF LINCOLN, Defendant

                JEFFERY R. KIRKPATRICK, City Attorney
                JOCELYN W. GOLDEN, Assistant City Attorney
                ABIGAIL F. LITTRELL, Assistant City Attorney

By: */s/ Abigail F. Littrell*
     Abigail F. Littrell, #24423
     Jocelyn W. Golden, #23039
     555 South 10th Street, Suite 300
     Lincoln, NE 68508
     (402) 441-7281
     alittrell@lincoln.ne.gov
     jgolden@lincoln.ne.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The foregoing document was sent electronically to:

Kelly K. Brandon, kelly@employmentlawnebraska.com
Paige Fiedler, paige@employmentlawnebraska.com
Stephanie Costello, stephanie@employmentlawnebraska.com

                By: */s/ Abigail F. Littrell*
                     Abigail F. Littrell, #24423