# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD, | Case No. 4:16-cv-03029 |
| Plaintiff, | |
| v. | **ENTRY OF APPEARANCE** |
| THE CITY OF LINCOLN, a political subdivision, et. al, | |
| Defendants. | |

COMES NOW Elizabeth D. Elliot, Assistant City Attorney, and hereby enters her appearance in the above-captioned matter on behalf of the Defendants.

DATED: December 3, 2018.

> CITY OF LINCOLN, TOM CASADY, JOHN HUFF, PATRICK BORER, ROGER BONIN, JEANNE PASHALEK and LEO BENES, Defendants
>
> JEFFERY R. KIRKPATRICK, City Attorney
> ELIZABETH D. ELLIOTT, Assistant City Attorney
> JOCELYN W. GOLDEN, Assistant City Attorney
> ABIGAIL F. LITTRELL, Assistant City Attorney
>
> By: */s/ Elizabeth D. Elliott*
> Elizabeth D. Elliott, #22890
> 555 South 10th Street, Suite 300
> Lincoln, NE 68508
> (402) 441-7290
> eelliott@lincoln.ne.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The foregoing document was sent electronically to: Kelly K. Brandon, kelly@employmentlawnebraska.com and Paige Fiedler, paige@employmentlawnebraska.com.

> By: */s/ Elizabeth D. Elliott*
> Elizabeth D. Elliott, #22890