IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CITY OF LINCOLN, a political subdivision; et. al;<br><br>      Defendants. | 4:16CV3029<br><br>**ORDER** |

Upon reassignment to Senior District Judge Laurie Smith Camp, and on the court's own motion,

IT IS ORDERED that the jury trial of this case is set to commence before Laurie Smith Camp, Senior United States District Judge, in **Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska**, at 9:00 a.m. on February 5, 2019, or as soon thereafter as the case may be called, for a duration of nine (9) trial days. Jury selection will be held at the commencement of trial.

December 4, 2018.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge