I'I'IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TROY M. HURD,<br><br>              Plaintiff,<br><br>     vs.<br><br>THE CITY OF LINCOLN, a political subdivision; TOM CASADY, in their individual and official capacities; JOHN HUFF, in their individual and official capacities; PAT BORER, in their individual and official capacities; ROGER BONIN, in their individual and official capacities; JEANNE PASHALEK, in their individual and official capacities; and LEO BENES, in their individual and official capacities;<br><br>              Defendant. | **WITNESS LIST**<br><br>Case No.   4:16CV3029<br>Deputy:    Mary Roundtree<br>Reporter:  Brenda Fauber<br>Date:      February 5-8, 11-19, 2019 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Derald Kent Murrell | February 5, 2019 |
| Leo Charles Benes | February 5, 2019 |
| Leo Charles Benes | February 6, 2019 |
| Christopher Allen Jones | February 6, 2019 |
| Sara Subhy Khalil | February 6, 2019 |
| Jeanne Lynn Pashalek | February 6, 2019 |
| Jeffrey George Grasmick | February 6, 2019 |
| Roger Edward Bonin | February 6, 2019 |
| Roger Edward Bonin | February 7, 2019 |
| Kimberly Roxanne Taylor-Riley | February 7, 2019 |
| Craig William Clark | February 8, 2019 |
| Kimberly Roxanne Taylor-Riley | February 8, 2019 |
| Kendall Warnock | February 8, 2019 |

| Timothy Karl Linke | February 8, 2019 |
| --- | --- |
| Gregory Francis Connolly | February 8, 2019 |
| John Huff | February 8, 2019 |
| Troy Michael Hurd | February 11, 2019 |
| Kevin James Houfek | February 11, 2019 |
| Troy Michael Hurd | February 12, 2019 |
| Christiane Tellefsen | February 12, 2019 |
| Linda Jean Hurd | February 12, 2019 |
| Patrick Borer | February 12, 2019 |
| Brian Giles | February 13, 2019 |
| Troy Hurd (rebuttal) | February 14, 2019 |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| Chris Beutler (video-tape deposition) | February 13, 2019 |
| Ashley Engler | February 13, 2019 |
| Lloyd Eddie Mueller | February 13, 2019 |
| Jamie Pospisil | February 13, 2019 |
| Nancy Ellen Crist | February 13, 2019 |
| Douglas John McDaniel | February 13, 2019 |
| Gregg Alan Fisher | February 14, 2019 |
| Thomas Kevin Casady | February 14, 2019 |
| Peter Eppens | February 14, 2019 |
| Jason Anthony Kruger | February 14, 2019 |
|  |  |
|  |  |