# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE CITY OF LINCOLN, a political subdivision; TOM CASADY, in their individual and official capacities; JOHN HUFF, in their individual and official capacities; PAT BORER, in their individual and official capacities; ROGER BONIN, in their individual and official capacities; JEANNE PASHALEK, in their individual and official capacities; and LEO BENES, in their individual and official capacities;<br><br>                Defendants. | 4:16CV3029<br><br>ORDER |

      This matter is before the Court on the Motion to Stay or, in the Alternative, Motion for Extension of Time to File Brief in Response to Plaintiff's Motion for Attorney Fees and Expenses, ECF No. 258, filed by Defendant City of Lincoln. The City asks the Court to extend its time to respond to Plaintiff Troy Hurd's Motion for Attorney Fees and Expenses, ECF No. 252, until fourteen days after the Court rules on the City's post-judgment motion. The Court will grant the City's requested extension.

      IT IS ORDERED:

    1.    The Motion to Stay or, in the Alternative, Motion for Extension of Time to File Brief in Response to Plaintiff's Motion for Attorney Fees and Expenses, ECF No. 258, filed by Defendant City of Lincoln, is granted;

    2.    The City of Lincoln may submit its brief in response to Plaintiff Troy Hurd's Motion for Attorney Fees and Expenses, ECF No. 252, no later than

fourteen days from the date the Court rules on the Motion for New Trial or for Judgment as a Matter of Law, ECF No. 255;

3. The City of Lincoln is the only remaining Defendant in this action, and the Clerk of Court is directed to amend the case caption accordingly.

Dated this 25th day of March, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge