```
 1                   IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEBRASKA
 2

 3

     TROY M. HURD,                       )
 4                                       )
                         Plaintiff,      )         4:16CV3029
 5                                       )
               vs.                       )
 6                                       )
     THE CITY OF LINCOLN, a              )         Omaha, Nebraska
 7   Political Subdivision,              )         February 13, 2019
     et al.,                             )
 8                                       )
                         Defendants.     )
 9

10

11
                       PARTIAL TRANSCRIPT OF PROCEEDINGS
12               BEFORE THE HONORABLE LAURIE SMITH CAMP
                 UNITED STATES DISTRICT JUDGE AND A JURY
13

14

15

16

17

18

19

20   COURT REPORTER:             Ms. Brenda L. Fauber, RDR, CRR
                                 111 South 18th Plaza
21                               Suite 3122
                                 Omaha, NE 68102
22                               (402) 661-7322

23

24   Proceedings recorded by mechanical stenography, transcript
     produced with computer.
25
```

EXHIBIT 1

```
 1                        A-P-P-E-A-R-A-N-C-E-S

 2
      FOR THE PLAINTIFF:          Ms. Paige Fiedler
 3                                Fiedler Law Firm
                                  8831 Windsor Parkway
 4                                Johnston, IA 50131

 5                                Ms. Kelly K. Brandon
                                  Fiedler Law Firm
 6                                20615 Highway 370
                                  P.O. Box 504
 7                                Gretna, NE 68028

 8
      FOR THE DEFENDANTS:         Ms. Elizabeth D. Elliott
 9                                Ms. Jocelyn W. Golden
                                  Ms. Abigail F. Littrell
10                                Lincoln City Attorney's Office
                                  555 South 10th Street
11                                Suite 300
                                  Lincoln, NE 68508
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            (At 12:50 p.m.)

2            THE COURT: So the plaintiff rests, as I understand.

3            MS. FIEDLER: That's correct, your Honor; plaintiff

4    rests.

5            THE COURT: Very good.

6        And does the defense have a motion?

7            MS. GOLDEN: Yes, your Honor.

8        Your Honor, we would move for a judgment as a matter of

9    law under Rule 50. Plaintiff has not presented sufficient

10   evidence that a reasonable jury could find in favor of him.

11       Plaintiff has not established that he engaged in a good

12   faith protected activity.

13       Additionally, plaintiff has not established a material

14   adverse action or rebutted the legitimate business reasons

15   offered by the City of Lincoln.

16       Finally, plaintiff has not shown that the City of Lincoln

17   would have imposed a material adverse employment action but

18   for plaintiff's alleged protected activity.

19       The disciplinary actions were issued by three different

20   supervisors for legitimate errors committed by plaintiff, and

21   they were not materially adverse.

22       And the battalion chief promotion was not awarded to

23   plaintiff because he was not the most qualified candidate by

24   his own admission.

25           Finally, an EMS supervisor position was never open that

1  he could have been chosen for.
2       For these reasons, we would move for judgment as a matter
3  of law.
4           THE COURT:  Very good.
5       That's noted for the record.  I recognize this case is
6  somewhat unusual in that it involves an alleged series of
7  adverse employment actions.  And it may be questionable
8  whether any one of those alone would be sufficient to be
9  considered an adverse action.
10      But I respect the earlier rulings by Judge Kopf allowing
11 the matter to proceed on the Title VII claim and the Nebraska
12 Fair Employment Practices Act claim on the theory that the
13 alleged adverse actions, taken as a whole, over a period of
14 time may have created a hostile work environment which may
15 have been an adverse action.
16      So I will deny the defense motion.

20      I certify that the foregoing is a correct transcript from
21 the record of proceedings in the above-entitled matter.

23      ___/s *Brenda L. Fauber*___           ___March 31, 2019___
        Brenda L. Fauber, RDR, CRR                    Date