IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY M. HURD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LINCOLN, a political subdivision,<br><br>    Defendant. | Case No. 4:16CV3029<br><br><br>**PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR ATTORNEY FEES AND EXPENSES** |

COMES NOW the Plaintiff, Troy M. Hurd, and for his Supplemental Motion for Attorney Fees and Expenses hereby states the following:

1.    Plaintiff filed his Attorney Fee Application on March 12, 2019.

2.    Since that time, he has identified several expenses that were inadvertently omitted from his Application. *See* Affidavit of Cheryl Smith.

3.    Since that time, Plaintiff has also incurred additional fees and expenses.

4.    Plaintiff is submitting an additional affidavit of Paige Fiedler, attached to which are Exhibits 2 and 3. Exhibit 2 is an additional billing statement from Fiedler Law Firm, P.L.C. showing fees incurred for attorneys and legal assistants. Exhibit 3 is the firm's billing statement for expenses and supporting documentation.

5.    Plaintiff is submitting additional attorney fees totaling $41,190, legal assistant charges of $1,773, and expenses of $3,689.50.

6.    An amended summary of the <u>total</u> invoice to date is as follows:

**ATTORNEY FEES EARNED**

| | | |
|---|---|---|
| **PAIGE FIEDLER,** Attorney | 575.40 hours @ $425/$475 | $273,200.00 |
| **BROOKE TIMMER,** | .35 hours @ $325 | $113.75 |

1

| | | |
|---|---|---|
| Attorney | | |
| **KELLY K. BRANDON,** Attorney | 1,082.65 hours @ $275/$300 | **$320,927.50** |
| **KATIE ERVIN-CARLSON,** Attorney | .3 hours at $300 | **$90.00** |
| **NATE BORLAND,** Attorney | 7.10 hours at $175/$200 | **$1,237.50** |
| **MICHAEL LEAHY,** Attorney | 9.5 hours at $275.00 | **$2,500.00** |
| **DAVID ALBRECHT,** Attorney | 5.69 hours @ $185 | **$ 1,052.65** |
| **AMY BECK,** Attorney | 25.2 hours @ $150 | **$ 3,780.00** |
| **STEPHANIE COSTELLO,** Attorney/Law Clerk | 408.85 hours @ $135/$90 | **$49,230.00** |
| **MADISON FIEDLER-CARLSON,** Attorney | 2.9 hours @ $150[1] | **$ 435.00** |
| **ELLEN KRESHA,** Law Clerk | 5.2 hours @ $90 | **$468.00** |

**LEGAL ASSISTANT FEES EARNED**

| | | |
|---|---|---|
| **TRACY MCKIBBEN,** Legal Assistant | 115.45 hours at $90 | **$10,390.50** |
| **DONNA COLTRANE,** Legal Assistant | 3.5 hours at $90 | **$315.00** |
| **ROBIN DAISY-JAHN,** Legal Assistant | 118.95 hours @ $90 | **$10,705.50** |
| **CHERYL SMITH,** Legal Assistant | 15 hours @ $90 | **$1,350.00** |

**Attorney Fees**                                                $653,034.40

**Legal Assistants Fees:**                                  $ 22,761.00

**Litigation Expenses:**                                     $ 60,011.84

# **TOTAL FEES & EXPENSES:**         **$735,807.24**

---

[1] Plaintiff noticed that his original fee application incorrectly listed Ms. Fiedler-Carlson rate at $135; however, her fees were calculated correctly based on the correct rate of $150.

2

7.     Plaintiff asks the Court to order Defendant to pay the full amount of the attorney fees and expenses requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Supplemental Motion for Attorney Fees and Expenses, enter an additional judgment against Defendant, and for such other relief that is consistent with the purposes of Title VII and the Nebraska Fair Employment Practices Act.

TROY HURD, Plaintiff

By: /s/ Kelly K. Brandon
Kelly K. Brandon, #20734
FIEDLER LAW FIRM, P.L.C.
20615 Highway 370
Gretna, NE  68028
(402) 316-3060
(402) 513-6501 (F)
kelly@employmentlawnebraska.com

Paige Fiedler, *Pro Hac Vice*
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
(515) 254-1999
(515) 254-9923
paige@employmentlawiowa.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10TH day of April, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

/s/ Kelly K. Brandon