IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY M. HURD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16-cv-3029 |
| | ) | |
| v. | ) | |
| | ) | **JOINT STIPULATION FOR** |
| THE CITY OF LINCOLN, a political subdivision, | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW Plaintiff and Defendant, by and through their respective undersigned attorneys, and hereby enter a Joint for Dismissal with Prejudice and hereby stipulate that the above-referenced matter should be dismissed with prejudice.

WHEREFORE, in accordance with the parties' stipulation, the parties pray for an Order dismissing the above-captioned matter with prejudice.

DATED: October 11, 2019

TROY HURD, Plaintiff

By: /s/ Kelly K. Brandon
Kelly K. Brandon, #20734
FIEDLER LAW FIRM, P.L.C.
20615 Highway 370
Gretna, NE  68028
(402) 316-3060
(402) 513-6501 (F)
kelly@employmentlawnebraska.com

Paige Fiedler, *Pro Hac Vice*
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
(515) 254-1999
(515) 254-9923 (F)
paige@employmentlawiowa.com

*Attorneys for Plaintiff*

and

THE CITY OF LINCOLN, Defendant

By: /s/ Jocelyn W. Golden
Jocelyn W. Golden, #23039
City Attorney's Office
555 South 10th Street, Suite 300
Lincoln, NE 68508
(402) 441-7260
jgolden@lincoln.ne.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of October, 2019, electronically filed the foregoing with the Clerk of the Court using the CM\ECF system which sent notification of such filing to all CM\ECF participants.

/ s/ Kelly K. Brandon